Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.:  23−13191−JKS
                                Chapter:  13
                                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Iceline A Lamey
    43 Allen St.
    Irvington, NJ 07111

Social Security No.:
    xxx−xx−8211

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 14, 2023.


Dated: July 14, 2023
JAN: zlh

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:	Case No. 23-13191-JKS

Iceline A Lamey	Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2	User: admin	Page 1 of 3
Date Rcvd: Jul 14, 2023	Form ID: plncf13	Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Iceline A Lamey, 43 Allen St., Irvington, NJ 07111-2117 |
| 519892577 | + | Essex County Chancery Division, 25 Market St., Trenton, NJ 08611-2148 |
| 519892586 | + | Midland Mortgage, PO Box 248921, Oklahoma City, OK 73124-8921 |
| 519892589 | + | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519914734 | + | Email/Text: bankruptcy@sccompanies.com | Jul 14 2023 20:58:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519892573 | + | Email/Text: bankruptcy@sccompanies.com | Jul 14 2023 21:01:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519892574 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2023 21:13:40 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519892575 | + | Email/Text: bankruptcy@sccompanies.com | Jul 14 2023 21:01:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 519892576 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2023 21:01:49 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519914733 | + | Email/Text: bankruptcy@sccompanies.com | Jul 14 2023 20:58:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519892578 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 14 2023 21:01:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519892579 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 14 2023 21:01:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519892581 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 14 2023 21:00:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519955801 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 14 2023 21:00:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519949872 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2023 21:13:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519911176 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2023 21:13:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519892584 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2023 21:01:36 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519956172 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 14 2023 21:24:32 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519892585 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 14 2023 21:13:36 | MidFirst Bank, 999 N.W. Grand Blvd Suite 100, Oklahoma City, OK 73118-6051 |
| 519892587 | + | Email/Text: bankruptcy@sccompanies.com | Jul 14 2023 21:01:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519892588 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 14 2023 20:59:00 | New Jersey Division of Taxation, P.O. Box 245, Trenton, NJ 08695 |
| 519892590 | + | Email/Text: bankruptcy@sccompanies.com | Jul 14 2023 21:01:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519914735 | + | Email/Text: bankruptcy@sccompanies.com | Jul 14 2023 20:58:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519892591 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2023 21:13:37 | Syncb/Nautilus, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519953530 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 14 2023 21:13:30 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519892582 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519892580 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519892583 | ##+ | KML Law Group P.C., 216 Haddon Ave. Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: plncf13 | Total Noticed: 27 |

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Yakov Rudikh
    on behalf of Debtor Iceline A Lamey rudikhlawgroup@gmail.com
    rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 4