YAKOV RUDIKH, ESQ  
RUDIKH AND ASSOCIATES  
14 WOODWARD DRIVE  
OLD BRIDGE, NJ  08857

Re:   ICELINE A LAMEY  
43 ALLEN ST.  
IRVINGTON,  NJ  07111

Atty:   YAKOV RUDIKH, ESQ  
RUDIKH AND ASSOCIATES  
14 WOODWARD DRIVE  
OLD BRIDGE, NJ  08857

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 23-13191

## RECEIPTS AS OF 01/01/2024     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/09/2023 | $100.00 | 28725613075 | 05/09/2023 | $1,000.00 | 28725613064 |
| 06/06/2023 | $100.00 | 28725613997 | 06/06/2023 | $1,000.00 | 28725613986 |
| 07/13/2023 | $1,000.00 | 28868327458 | 07/13/2023 | $100.00 | 28868327460 |
| 08/23/2023 | $1,000.00 | 28868391753 | 08/23/2023 | $100.00 | 28868391764 |
| 09/18/2023 | $1,000.00 | 29020516312 | 09/18/2023 | $100.00 | 29020516323 |
| 10/31/2023 | $1,000.00 | 29020577826 | 10/31/2023 | $100.00 | 29020577837 |

**Total Receipts: $6,600.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $6,600.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | |
| | 09/18/2023 | $564.00 | 916,514 | 10/16/2023 | $915.03 | 917,987 |
| | 10/16/2023 | $113.47 | 917,987 | 12/11/2023 | $900.35 | 920,831 |
| | 12/11/2023 | $111.65 | 920,831 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 533.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,550.00 | 100.00% | 3,550.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ASHRO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | LVNV FUNDING LLC | UNSECURED | 1,006.57 | 100.00% | 0.00 | 1,006.57 |
| 0003 | COUNTRY DOOR/SWISS COLONY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | LVNV FUNDING LLC | UNSECURED | 2,262.79 | 100.00% | 0.00 | 2,262.79 |
| 0006 | FINGERHUT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | FINGERHUT FETTI/WEBBANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | MERRICK BANK | UNSECURED | 2,551.81 | 100.00% | 0.00 | 2,551.81 |
| 0013 | MIDFIRST BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

Chapter 13 Case # 23-13191

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0014 | MIDFIRST BANK | (NEW) Prepetition A | 65,710.05 | 100.00% | 2,379.38 | 63,330.67 |
| 0015 | MIDNIGHT VELVET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | SEVENTH AVE/SWISS COLONY INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,975.58 | 100.00% | 0.00 | 1,975.58 |
| 0022 | LVNV FUNDING LLC | UNSECURED | 1,464.59 | 100.00% | 0.00 | 1,464.59 |
| 0023 | DR LEONARDS SHOP NOW | UNSECURED | 1,024.56 | 100.00% | 0.00 | 1,024.56 |
| 0024 | AMERIMARK | UNSECURED | 594.23 | 100.00% | 0.00 | 594.23 |
| 0025 | STONEBERRY | UNSECURED | 415.50 | 100.00% | 0.00 | 415.50 |
| 0026 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 129.63 | 100.00% | 0.00 | 129.63 |
| 0027 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 160.60 | 100.00% | 0.00 | 160.60 |
| 0028 | MIDFIRST BANK | (NEW) MTG Agree | 8,078.44 | 100.00% | 225.12 | 7,853.32 |

**Total Paid:  $6,688.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $6,600.00        -    Paid to Claims: $2,604.50    -    Admin Costs Paid: $4,083.50    =    Funds on Hand: $1,012.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.