Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−13191−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Iceline A Lamey
43 Allen St.
Irvington, NJ 07111

Social Security No.:
xxx−xx−8211

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/25/24 at 10:00 AM

to consider and act upon the following:

*31* − Creditor's Certification of Default (related document:19 Motion for Relief from Stay re: re: 43 Allen Street, Irvington NJ 07111. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 22 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 06/27/2024. (Attachments: # 1 Proposed Order # 2 Exhibit Exhibit A Stipulation # 3 Exhibit Exhibit B Certification # 4 Certificate of Service) (Carlon, Denise)

*32* − Certification in Opposition to (related document:31 Creditor's Certification of Default (related document:19 Motion for Relief from Stay re: re: 43 Allen Street, Irvington NJ 07111. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 22 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 06/27/2024. (Attachments: # 1 Proposed Order # 2 Exhibit Exhibit A Stipulation # 3 Exhibit Exhibit B Certification # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Yakov Rudikh on behalf of Iceline A Lamey. (Rudikh, Yakov)

Dated: 6/26/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court