Order Filed on September 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

RUDIKH & ASSOCIATES, LLC
By: Yan Rudikh, Esq.
14 Woodward Drive
Old Bridge, New Jersey 08857
(732) 659-6961
Attorney for Debtor

**In Re:**

Iceline A Lamey

Case No.: 23-13191-JKS

Adv. No.:

Hearing Date: SEPTEMBER 12, 2024 AT 10:00 AM

Judge: Hon John K. Sherwood

# ORDER DISMISSING CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED.**

**DATED: September 16, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
**DEBTOR:**     Iceline A Lamey

**CASE NUMBER**: 23-13191-JKS

### ORDER DISMISSING CHAPTER 13 CASE

---

**THIS MATTER** having been brought before the Court upon the motion of Iceline A Lamey (the "Debtor"), by and through her special counsel, Yakov Rudikh, Esq., seeking the entry of an Order pursuant to 11 U.S.C. § 1307(b) dismissing the above-captioned chapter 13 bankruptcy case; and due notice having provided; and the Court having considered the papers submitted and the arguments presented; and for good cause shown, it is herby

**ORDERED** that the above-captioned chapter 13 bankruptcy case and all proceedings there under be and hereby are dismissed without prejudice;

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 23-13191-JKS
Iceline A Lamey                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1
Date Rcvd: Sep 17, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Iceline A Lamey, 43 Allen St., Irvington, NJ 07111-2117 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 19, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Iceline A Lamey rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 4